# MEMORANDUM

**TO:** All Staff

**FROM:** Craig Eiden, Director of Security

**DATE:** October 18, 2022

**SUBJECT:** Inmate Maye Tablet Restriction

---

Inmate Rico Maye has been written up for making phone calls in violation of his court order. As we proceed through the disciplinary process, his tablet privileges are suspended. He will only have access to the wall mounted tablet. If he needs to contact his attorney, he needs to advise the unit officer while his row is in the dayroom and the officer must observe him dialing the number for his attorney Keith Yeazel, which is 614-885-2900. If he attempts to use anyone else's tablet or pin, or attempts to call any other number aside from his attorney, issue a rule violation. A memo was provided to the inmate explaining his suspension and the procedures for his future telephone use.

---

JUDGE MORRISON, THIS IS ANOTHER MEMO, DATED THE SAME AS THE ONE I MAILED TO YOU YESTERDAY (10-18-22) NOW WORDING READ THE PROPER AUTHORITYS HAS BEEN ADVISED, BUT THIS COPY DON'T SAY IT, JUDGE? ARE YOU AWARE OF, THEM listing to YEAZEL & I CONVERSATION? OR Blocking ME OF READING MY US MAIL? OR NOT ABLE to READ MY BIBLE AT NITES OR Blocking OF All MY CONTACTS, MY PRIVATE INVESTIGATOR & OTHER LAWYER OR Blocking VISITS ECT... CAUSE ME OR YEAZEL HASN'T, THERE DONE WAT THEY WANT EVEN OUTSIDE YOUR MOTION, IF I GET IN TROUBLE FOR BREAKIN THE MOTION SO SHOULD THEM! PLEASE ASSIGN 2ND LAWYER TO HELP KEITH YEAZEL & I! ALSO HAVE HEARING WITH ME PRESENT OR Allow ME to go PRO-SE

10-19-22

LEGAL MAIL

Rico Mav #60619811
CORRECTIONS CENTER OF
NORTHWEST OHIO
03151 COUNTY ROAD 24.25
STRYKER, OH 43557-9418

RECEIVED
OCT 24 2022
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

METROPLEX MI 480
20 OCT 2022 PM 9 L

Judge SARAH Morrison
85 MARCONI BLV
Columbus, OH
43215

43215-262399

LEGAL MAIL

This correspondence is from an inmate under the custody of the ODRC. ODRC is not responsible for the substance... this material may be returned to the sender by Security.