UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES,**

    **Plaintiff,**    :

  v.                               Case No. 2:20-cr-203 (1)
                                    Judge Sarah D. Morrison

**RICCO L. MAYE,**    :

    **Defendant.**

## ORDER

This matter is before the Court on Defendant Rico L. Maye's *pro se* motions to suppress. (ECF Nos. 504, 505). Mr. Maye is represented by counsel in this matter. (*See* ECF No. 8.) Any such motion properly comes from counsel.

"Although a criminal defendant has a constitutionally protected right to present his own defense in addition to a constitutionally protected right to be represented by counsel, he has no right to hybrid representation." *United States v. Flowers*, 428 F. App'x 526, 530 (6th Cir. 2011) (citing *United States v. Cromer*, 389 F.3d 662, 680 (6th Cir. 2004); 28 U.S.C. § 1654). In other words, the Court will not consider *pro se* arguments where the defendant is represented by counsel. *See United States v. Degroat*, No. 97-CR-20004-DT-1, 2009 WL 891699, at *1 (E.D. Mich. Mar. 31, 2009) (striking the defendant's *pro se* motion because, where defendant was represented by counsel, "all filings must be made by the attorney of record").

Accordingly, Mr. Maye's motions (ECF Nos. 504, 505) are **STRICKEN** from the docket.

**IT IS SO ORDERED.**

<u>/s/ Sarah D. Morrison</u>
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**