**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

Case No. 2:20-cr-203

v.

Judge Sarah D. Morrison

**RICCO L. MAYE**

### ORDER

    The Government's Motion in Limine to Preclude Evidence Pursuant to Federal Rule of Evidence 412 (ECF No. 506) is **GRANTED**. Defendant is prohibited from introducing any evidence regarding the sexual histories or predispositions of any of the victims of the sex trafficking charge.

    The Government's Motion to Exclude Certain Evidence and Argument (ECF No. 510) is **GRANTED**. Defendant is prohibited from (1) introducing his own self-serving hearsay statements contained in any recorded jail calls, letters, or electronic messages that the government uses as exhibits, and; (2) referencing or discussing the 2019 civil lawsuit involving TFO Brandon Harmon and/or allegations that TFO Harmon used excessive force in 2018.

    At trial in this case, the sex trafficking victims shall be referred to either by their initials or by their first name.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**