Aug, 13, 24

Dear, Judge Sarah Morison

Hello my name is Melanie McCoy I am a Victim on Ricco L Mayes Case, you have saw me not Long ago, I really wanted to just write you to say, I am Really not in a good place to come back to the court on Oct 22 or even testify I am Really Really Depressed over this I do currently feel I am not getting the proper attention I need as a victim thats going through such horrible thing as this Just this last time the spluff come to the prison picked me up I ween early brought me to the butler Co Jail where I was there 2 weeks, no matt to sleep on or a shower It was the worse thing in my life I cried my eyes out the whole time, also I been just scared of alot of paranoid with Ricco friends, family he knows at the prison, I am so so scared of this I'm, its only getting worse I feel that my Crimal cases I'm in now for was only because of ricco and what I had to do to get money for this Man this is not a bit fair If I'm testifying and everyone know what →

this horrible Man did to Me. So My charges are old it should Not be fear the Court Knows this and I am being held this Much time on R.S.P Charges with was because of this Man. Judge I Just feel Alot of things that's going on with this case is Right full the the victim is Ng treated fair. I Do Not Understand Why at least Some of My time Didn't Come off. If this Man is found guilty of what he has Done to Me and Other woman Please Can you help Me figure Something out Just won't to be out — Mac ob after - this But No one Not even My Judge on My defense he Said he Not Knows anything about human trafficin ever been through. So he was a Man Didn't Care or understand this Why I Can't Something Change for me, or I get the help and other that I Need through this. So out this time or Oct 22 - 12:30 pm Please if things can Change or I get help that a witness or victim Should have I Do Not Wish to Cause,

Thank you

Sincerely
Melee F