United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                              Case No. 2:20-cr-203-1

Ricco L. Maye

## COURTROOM MINUTES
### Lafler Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 10/8/2024 10:00 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Kevin Kelley, Heather Hill |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Keith Yeazel, Kevin Durkin |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The defendant appeared with counsel before the Court.
The Government put the terms of the plea agreement on the record.
The terms and conditions will remain in effect until the end of the day.
The Court advised the defendant of his rights and discussed the upcoming trial, which is currently scheduled for 10/31/2024.