UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:20-cr-00203(1)
    Chief Judge Sarah D. Morrison

RICCO L. MAYE,

    Defendant.

### VERDICT FORM – COUNT 1

With respect to the charge in Count 1, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

   \_\_\_\_\_ Not Guilty        _X_ Guilty

of distributing or aiding and abetting the distribution of a mixture or substance containing a detectable amount of cocaine base, commonly referred to as crack, on or about October 16, 2018, in the Southern District of Ohio.



Juror Signatures

79

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICCO L. MAYE,

    Defendant.

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

### VERDICT FORM – COUNT 2

With respect to the charge in Count 2, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

\_\_\_\_ Not Guilty      _X_ Guilty

of distributing a mixture or substance containing a detectable amount of fentanyl and cocaine on or about November 1, 2018, in the Southern District of Ohio.

Juror Signatures



80

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:20-cr-00203(1)
    Chief Judge Sarah D. Morrison

RICCO L. MAYE,

    Defendant.

### VERDICT FORM – COUNT 3

With respect to the charge in Count 3, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

\_\_\_\_\_ Not Guilty        _X_ Guilty

of distributing a mixture or substance containing a detectable amount of fentanyl on or about November 29, 2018, in the Southern District of Ohio.



Juror Signatures

81

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICCO L. MAYE,

    Defendant.

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

### VERDICT FORM – COUNT 4

With respect to the charge in Count 4, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

    \_\_\_\_ Not Guilty        _X_ Guilty

of possessing with intent to distribute a mixture or substance containing a detectable amount of cocaine base, commonly referred to as crack, on or about September 2, 2019, in the Southern District of Ohio.

Juror Signatures



82

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICCO L. MAYE,

    Defendant.

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

### VERDICT FORM – COUNT 5

With respect to the charge in Count 5, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

    \_\_\_\_ Not Guilty          X\_\_ Guilty

of distributing a mixture or substance containing a detectable amount of cocaine base, commonly referred to as crack, on or about October 7, 2020, in the Southern District of Ohio.



Juror Signatures

2024

83

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICCO L. MAYE,

    Defendant.

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

### VERDICT FORM – COUNT 6

With respect to the charge in Count 6, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

    \_\_\_\_ Not Guilty        _X_ Guilty

of conspiring with other individuals to distribute and to possess with intent to distribute controlled substances in the Southern District of Ohio and elsewhere.

**If and only if you answered Guilty in response to Count 6, answer the following questions and sign on the lines on the next page.**

**If you answered Not Guilty in response to Count 6, do not answer the questions but still sign on the lines on the next page and proceed to the Verdict Form for Count 7.**

Question 6(a)

With respect to Count 6, the amount of the mixture or substance containing a detectable amount of fentanyl was:

    _X_ 400 grams or more

    \_\_\_\_ 40 grams or more

    \_\_\_\_ less than 40 grams

*[Questions continue and signature lines on next page]*

Question 6(b)
With respect to Count 6, the amount of the mixture or substance containing a detectable amount of cocaine base, commonly referred to as crack, was:

__X__ 280 grams or more

_____ 28 grams or more

_____ less than 28 grams

Question 6(c)
With respect to Count 6, the amount of the mixture or substance containing a detectable amount of cocaine was:

__X__ 500 grams or more

_____ less than 500 grams

Question 6(d)
With respect to Count 6, the amount of the mixture or substance containing a detectable amount of methamphetamine, its salts, its isomers, and/or salts of its isomers was:

__X__ 5 grams or more

_____ less than 5 grams

**Juror Signatures**




85

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICCO L. MAYE,

    Defendant.

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

### VERDICT FORM – COUNT 7

With respect to the charge in Count 7, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

   \_\_\_\_ Not Guilty        _X_ Guilty

of the offense of distributing or aiding and abetting the distribution of a mixture or substance containing a detectable amount of fentanyl on or about November 18, 2018, in the Southern District of Ohio, and the distribution was the but-for cause of Michael Borck's death.

Juror Signatures



24

86

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RICCO L. MAYE,

        Defendant.

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

## VERDICT FORM – COUNT 8

With respect to the charge in Count 8, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

    \_\_\_\_ Not Guilty            _X_ Guilty

of possessing with intent to distribute a mixture or substance containing a detectable amount of cocaine on or about June 7, 2020, in the Southern District of Ohio and elsewhere.

**If and only if you answered Guilty in response to Count 8, answer the following question and sign on the lines on the next page.**

**If you answered Not Guilty in response to Count 8, do not answer the question but still sign on the lines on the next page and proceed to the Verdict Form for Count 9.**

Question 8(a)

With respect to Count 8, the amount of the mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, was:

    _X_ 500 grams or more

    \_\_\_\_ less than 500 grams

[*Signature lines on next page*]

87

## Juror Signatures




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICCO L. MAYE,

    Defendant.

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

## VERDICT FORM – COUNT 9

With respect to the charge in Count 9, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

_____ Not Guilty      __X__ Guilty

of possessing with intent to distribute a mixture or substance containing a detectable amount of fentanyl; a mixture or substance containing a detectable amount of cocaine base, commonly referred to as crack; and a mixture or substance containing a detectable amount of cocaine on or about November 18, 2020, in the Southern District of Ohio and elsewhere.

**If and only if you answered Guilty in response to Count 9, answer the following question and sign on the lines on the next page.**

**If you answered Not Guilty in response to Count 9, do not answer the question but still sign on the lines on the next page and proceed to the Verdict Form for Count 10.**

Question 9(a)
    With respect to Count 9, the amount of the mixture or substance containing a detectable amount of fentanyl was:

    __X__ 40 grams or more

    _____ less than 40 grams

[*Signature lines on next page*]

Juror Signatures



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RICCO L. MAYE,

        Defendant.

:

:

:

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

## VERDICT FORM – COUNT 10

With respect to the charge in Count 10, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

    ____ Not Guilty          _X_ Guilty

of possessing with intent to distribute methamphetamine, its salts, its isomers, and/or salts of its isomers on or about November 18, 2020, in the Southern District of Ohio and elsewhere.

**If and only if you answered Guilty in response to Count 10, answer the following question and sign on the lines on the next page.**

**If you answered Not Guilty in response to Count 10, do not answer the question but still sign on the lines on the next page and proceed to the Verdict Form for Count 11.**

Question 10(a)

With respect to Count 10, the amount methamphetamine, its salts, its isomers, and/or salts of its isomers was:

    _X_ 5 grams or more

    ____ less than 5 grams

[*Signature lines on next page*]

91

Juror Signatures



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:20-cr-00203(1)
    Chief Judge Sarah D. Morrison

RICCO L. MAYE,

    Defendant.

## VERDICT FORM – COUNT 11

With respect to the charge in Count 11, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

\_\_\_\_ Not Guilty      _X_ Guilty

of conspiring with other individuals to commit the crime of sex trafficking by means of force or coercion in the Southern District of Ohio.



Juror Signatures

93

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 2:20-cr-00203(1)
    Chief Judge Sarah D. Morrison

RICCO L. MAYE,

    Defendant.

## VERDICT FORM – COUNT 12

With respect to the charge in Count 12, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

\_\_\_\_ Not Guilty        _X_ Guilty

of conspiring with other individuals to commit mail fraud and/or wire fraud in the Southern District of Ohio and elsewhere.

Juror Signatures



94

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICCO L. MAYE,

    Defendant.

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

### VERDICT FORM – COUNT 13

With respect to the charge in Count 13, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

\_\_\_\_ Not Guilty      _X_ Guilty

of obstructing the enforcement of 18 U.S.C. § 1591 in the Southern District of Ohio.

Juror Signatures



95

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 2:20-cr-00203(1)
Chief Judge Sarah D. Morrison

RICCO L. MAYE,

Defendant.

### VERDICT FORM – COUNT 14

With respect to the charge in Count 14, we the jury in the above-entitled case unanimously find Defendant Ricco L. Maye

\_\_\_\_ Not Guilty          _X_ Guilty

of conspiring with other individuals to tamper with witness(es) in the federal investigation and prosecution of Defendant in the Southern District of Ohio and elsewhere.

**If and only if you answered Guilty in response to Count 14, answer the following question and sign on the lines on the next page.**

**If you answered Not Guilty in response to Count 14, do not answer the question but still sign on the lines on the next page.**

Question 14(a)

With respect to Count 14, all twelve jurors agree that the members of the conspiracy committed or agreed to commit witness tampering in the following way(s):

\_\_\_\_ Attempting to kill a person.

\_\_\_\_ Using, attempting to use, or threatening to use physical force against a person.

_X_ Intimidating, threatening, or corruptly persuading another person, or attempting to do so.

[*Signature lines on next page*]

96

Juror Signatures

