# KEVIN DURKIN
## ATTORNEY AT LAW
4020 Legend
COLUMBUS, OHIO 43230
TELEPHONE (614) 323-0316
kd1017@aol.com

August 28, 2025

**Ricco Maye**, 67128-061
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

Re: *United States vs. Maye*

Dear Mr. Maye,

This written response was prepared at your request.

I am submitting, in writing, the response I gave to you during our telephone conversation regarding the failure of your attorneys or investigator to interview Melanie Mccoy. Keith and I are unwilling to take actions that, in our judgment, would assist you to commit crimes. The crimes at issue include, but are not limited to, intimidating witnesses, obstructing justice and obtaining perjured testimony.

Your defense attorneys understand that we are responsible for making that judgment call.

Sincerely,

Kevin Durkin

cc: Keith Yeazel

ATTORNEYS, IN RESPONDS 2 LETTER DATED AUG 28-2025
(SEE ATTACH) 1st let ME START the McCOY SITUATION IS
Not MY ONLY REASON, YOU BOTH lied OF GIVING ME WITNESS
DURING MY TRIAL U CALLED NOONE SUCH AS YOUR TRYING
2 DO 4 MY SENTANCING UR UNETHICAL, UR SCARED 2 TALK
2 ME VIA RECORD JAIL CALL CAUSE YOU'll BE HELD RESPONS-
ABLE FOR lying & MISLEADING ME, MR YEAZEL AS MANY
"lying hORES", "CRACK ADDICT BITCH" "lying PEICE OF SHIT"
(list goes on)(VIA JAIL RECORD) NASTY NAMES that YOU CALLED
MS McCOY NOW Shes CAME FOWARD YOU SAY She DONT
MATTER? YOU Both ARE WELL AWARE She WAS NEVER
AROUND ANYONE ON MY CASE EVER this WAS NOT
ONLY testifyed BY VICTIMS & WITNESSES But BY heR
NOWS Shes CAME FOWARD; YOU KNOW She WAS IN PRISION
DURING time FRAMES YA'll ACCUSED ME! NOW She WANTS 2
EXPOSE YA'll U RUN like PUSSY'S TRYNA COVER It UP! HOW
CAN U MAKE SOMEONE A VICTIAM OR WITNESS YOUR FALUSLY
ACCUSING ME like KELLEY & HILL, U CLAIM I ASK U 2
ASSIST 2 COMMIT CRIMES, INTIMIDATING, TAMPERING ETC
LOL, SO WHAT CRIME CAN YOU IDENTIFY WHEN HILL &
HARMON PAY & FORCE A lADY 2 lIE ON A PERSON?
YOU CAN MAKE WHAT EVER JUDGEMENT CALL U WANT
But U took AN OATH 2 PROTECT clients & Fight 4 INOCENT
UR Not DOING this, IN the 5 YRS OF MY CASE NOONE ON A-Force
INTERVIEWED A VICTIAM. WHAT & why HAVE U ASSUMED IM
INTIMIDATING McCY WHAT PROOF? HAVE McCOY COMPlAINED? HAVE
YOU TALK 2 HER? MY POINT! Also I thought McCOY WAS DISMISSED
OFF MY CASE? IF SO then WHAT VICTIAM AM I INTIM
IDATING?
                                        OVER →

ASSUMING COUNT 4 RIVERSIDE IS CLAIMED She witness ME with dope - Although JUBY5 got thAt CONVICTION WRONG too! WE NEVER MADE NO CONTACT REMBER So whAt Did She witness? Also the FAct hARMON told her 2 SAY She swollowed DOPE By me & HAD heR StOMACH PUMP - M<sup>C</sup>Coy RECANTS this & SAY theRes NO RECORD (medical) OF tREATMENT thAt DAY on RIVERSIDE HOSPitAl - WTF So HARD 2 tAlk 2 this wOMAN? you Sound like Hill & Kelley, this SCARES ME I dont tRUSt yAll & I will EXPOSE YOU! NOONE hAS tAlkeD OR VISiTED ME OF MY SENtANCING, I wish 2 call witnesses & to testify - ThoRES ISSUES ON MY CRIMINAl HISTORY & wRote MS CLARK OF this & MANY MORE OBJS IN WHICH U NEVER told me on how 2 DO! U & Keith SUCK & OFF All this INEFFECtivenes I'll win MY APPEAl on 2 MANY levels thANKS Send this copy 2 Judge

9-4-25