Dear Keith Yeazel and Kevin Durcin,

    I'm writing you and also sending a copy to the judge for their records and also my protection. I have sent you numerous letters, messages, emails, texts, motions, etc. I have still been seeking the answers to my questions that have been refused. I need to know the 7 unidentified people whom my P.S.I. claims I sold fentanyl to. This severly blew up fabricated drug amounts, lying to a jury, provoking them to make it "400 grams or more". I requested to receive the transcripts (which I still haven't received) but also their identities. I need their jail time frame transcripts since you both failed to do it for trial. We won't fail now! Having this can affect my sentence and my conviction! I need all of this to be on record! I need the 7 people to be subpoenaed for sentencing, therefore they can answer the questions like when we met, when they were in jail, rehab, etc. Also, my own jail records. I wish to subpoena all charged victims, even Ferguson, for same reasons.

*Remember: Ms. McCoy has a lot of information and is willing to come forward in my support. As my attorneys, you are bound to seek this evidence and help me obtain a true testimony from this said victim that will help prove my innocence! We need to retest the powder found on Sagamore. It is not real and the fact that 2 lab reports filed in this court contradict each other is unbelievable. So to clear this up, retest it, and also the ratio since this affects my sentencing. Also, call the lady who did the tracking of Borck's phone for last minute questions, tracking, GPS, etc. I need this on record. Her answers seriously affect my conviction and sentencing.

                                                      SEE BACK →

These answers will most likely persuade the judge to look at sentencing differently once finding out about my actual innocence. What I have been saying all these years along with the others - Kelley, Hill, Harmon, they are the liars getting over on everybody. It is essential I get these transcripts, visits from you, answer your phones, subpoenas. These are of a urgent timely matter. Please respond or contact back immediately. Thank you.

9-10-25
MY COURT DATE NEED
PUSHED BACK NOT FOWARD
WE GOT POWDER 2 B TESTED
THATS NOT REAL - SO IM JAILED 4
A NO CONTROLED SUBSTANCE AGAIN
WEIRD ASS COURT ROOM