IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.                               Case No. 2:20-CR-203 (1)
                                        **CHIEF JUDGE MORRISON**

RICCO MAYE,

          Defendant.

# DEFENDANT MAYE'S MOTION TO DISCHARGE HIS DEFENSE COUNSEL AND REQUEST THAT THE COURT APPOINT NEW COUNSEL AT PUBLIC EXPENSE

Now comes Ricco Maye to seek an Order from the Court to discharge defense counsel and to appoint new counsel at public expense before he is sentenced.

Respectfully submitted,

*s/Keith Yeazel*
Keith A. Yeazel (0041274)
90 South High Street
Columbus, Ohio 43206
(614) 885-2900
keithyeazel@gmail.com

*s/ **Kevin Durkin***
Kevin Durkin (0002047)
4020 Legend
Columbus, Ohio 43230
(614) 323-0316
kd1017@aol.com
Attorneys for Ricco Maye

## MEMORANDUM IN SUPPORT

On August 27, 2025, Mr. Maye's attorneys filed a Notice with the Court that Defendant Maye had renewed, in writing, his request that Kevin Durkin and Keith Yeazel withdraw from the above-captioned case. Counsel for Defendant Maye advised the Court and counsel for the Government that they were not seeking leave to withdraw because they believed that they could continue to effectively represent their Client during the Sentencing phase of this case.

Defense counsel received a telephone call on September 25, 2025, from Mr. Maye. Defendant Maye wants to discharge both of his attorneys and seek the appointment of new counsel at public expense before he is sentenced.

Counsel for Defendant Maye continue to maintain that they can effectively represent their Client during the Sentencing phase of this case.

*s/Keith Yeazel*
Keith A. Yeazel (0041274)

*s/ Kevin Durkin*
Kevin Durkin (0002047)

### Certificate of Service

The undersigned hereby certifies that on September 25, 2025, he electronically filed the foregoing Motion with the Clerk of Courts using the CM/ECF system, which will send a copy of such filing to counsel for the Government. The undersigned further certifies that on September 25, 2025, a copy of this Motion was mailed to Defendant Maye by regular US Mail addressed to:

**Ricco Maye**, 67128-061
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

*s/ Kevin Durkin*
**Kevin Durkin (0002047)**