UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                             Case No. 2:20-cr-203 (1)
                                 Chief Judge Sarah D. Morrison

RICCO L. MAYE,

        Defendant.

## ORDER

On November 22, 2024, a jury found Defendant Ricco L. Maye guilty of fourteen counts, including possession with intent to distribute controlled substances; distribution of controlled substances resulting in death; sex trafficking by force, fraud, or coercion; and witness tampering. (ECF No. 648.) Mr. Maye will be sentenced on October 1, 2025. (ECF No. 769.)

Mr. Maye has a long history of inappropriate and obstructive contact with persons involved in this matter. (*See, e.g.,* ECF No. 198, 297, 330.) He is currently subject to a Court Order restricting him from making telephone contact (including phone calls, text messages, and internet-based communications) with anyone except his counsel. (ECF No. 330.) The Court recently learned that, since his conviction, Mr. Maye has contacted victims and witnesses in his case.

Mr. Maye is hereby **ORDERED** to immediately **CEASE** and **DESIST** any and all contact with co-defendants, victims, witnesses, and any of those individuals'

close friends or family members. For the avoidance of doubt, this Order prohibits all contact—including but not limited to direct telephone calls, text messages, internet-based communications, and hard-copy mail, and indirect contact (*e.g.*, using a go-between or intermediary). Mr. Maye is **CAUTIONED** that failure to comply with this Order may result in sanctions, up to and including a referral for criminal contempt proceedings.

This Order does not impede Mr. Maye's ability to contact the Court or his counsel of record.

The United States Marshals Service is **ORDERED** to deliver this Order to Northeast Ohio Correctional Center (NEOCC). NEOCC is **ORDERED** to facilitate its enforcement.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**